## Second Department, March, 1959 ■

### (March 23, 1959)

■ The People of the State of New York, Respondent, v. Myron E. Wilson, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the September Term, beginning Wednesday, September 9, 1959, for which term the appeal is ordered to be placed on the calendar. Motion for leave to appeal as a poor person denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

## Second Department, June, 1959 *

### (June 15, 1959)

■ The People of the State of New York, Respondent, v. Myron E. Wilson, Appellant.— Motion for reconsideration of motion for leave to appeal as a poor person denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

## Second Department, September, 1959 *

### (September 9, 1959)

■ The People of the State of New York, Respondent, v. Myron E. Wilson, Appellant.— On call of calendar, on motion by respondent, appeal dismissed, no record having been filed and there being no appearance for appellant. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.